Thomas A. Miller, Bar No. 129473
TAMiller@rkmc.com
Hernaldo J. Baltodano, Bar No. 222286
HJBaltodano@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendant, BEST BUY CO., INC.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EIJI KURIHARA individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

BEST BUY CO., INC.,

Defendant.

Case No. C06-01884 MHP

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BEST BUY EMPLOYEE DATA**

**Action Filed:** March 10, 2006
**Trial Date:** None Set

WHEREAS, Best Buy possesses personal and private information of their former and current employees, including their names, residential home addresses, home telephone numbers, tax information, and social security numbers; and

WHEREAS, Plaintiff served discovery the compliance with which requires the production or disclosure in this litigation of personal and private information of Best Buy's former and current employees; and

WHEREAS, the parties desire to facilitate the exchange of information relevant to this litigation without a contested discovery dispute, permit Best Buy to comply with its duty to its employees, and preserve the privacy of Best Buy's employees by restricting disclosure of such personal and private information; and

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

WHEREAS, the Parties desire to protect the personal information of Best Buy's employees during the pre-class certification period beyond the provisions of the Stipulated Protective Order entered into by the Parties;

NOW THEREFORE, the Parties, by and through their respective undersigned counsel of record, stipulate and agree to the following, which they mutually request the Court to make the subject of a Court Order:

a.. The private information of former or current Best Buy employees produced by Best Buy in this action is CONFIDENTIAL INFORMATION subject to the Stipulated Protective Order.

b. Until such time as a class is certified in this action, the personal information of former and current Best Buy employees produced to Plaintiff by Best Buy shall be viewed and used only by counsel for the putative class, counsel's employees, their investigators and experts pursuant to the Stipulated Protective Order, and not by the representative plaintiff.

Based on the foregoing considerations, **IT IS SO STIPULATED**.

Dated: December 8, 2006

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: __/s/ Hernaldo J. Baltodano_______________
Thomas A. Miller
Hernaldo J. Baltodano
*Attorneys for Defendant*
BEST BUY CO., INC.

Dated: December 8, 2006

SCOTT COLE & ASSOCIATES, APC

By: __/s/ Mathew R. Bainer___________________
Scott Edward Cole
Matthew R. Bainer
*Attorneys for Plaintiff*
EIJI KURIHARA

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**[~~PROPOSED~~] ORDER**

Good cause having been shown,

a.. The private information of former or current Best Buy employees produced by Best Buy in this action is Best Buy's designated "CONFIDENTIAL INFORMATION" subject to the Stipulated Protective Order.

b. Until such time as a class is certified in this action, the personal information of former and current Best Buy employees produced to Plaintiff by Best Buy shall be viewed and used only by counsel for the putative class, counsel's employees, their investigators and experts pursuant to the Stipulated Protective Order, and not by the representative plaintiff.

**IT IS SO ORDERED.**

Dated: December 13, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

The Hon[...]tel
Judge of [...]ct Court

LA1 60136807.2 - 3 - STIPULATION REGARDING BEST BUY EMPLOYEE DATA
C06-01884 MHP