Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Kevin R. Allen, Esq. (S.B. #237994)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EIJI KURIHARA, individually, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>vs.<br><br>BEST BUY CO., INC.,<br>             Defendants. | Case No.: C 06-01884<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME AND SETTING HEARING** |

WHEREAS plaintiff Eiji Kurihara and defendant Best Buy Co., Inc. ("the Parties") have agreed to settle the above captioned matter on a class-wide basis;

WHEREAS the Parties are currently finalizing the settlement documents;

WHEREAS Plaintiff will file an unopposed Motion for Preliminary Approval of Class Action Settlement upon the settlement documents being finalized; and,

WHEREAS Plaintiff's counsel contacted the Court's clerk to discuss available dates for said hearing and to obtain the Court's preference regarding how many days in advance of the hearing the moving papers could be filed on his unopposed motion;

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto through their attorneys of record, and subject to the approval of the Court, as follows:

1.   The parties agree that Plaintiff's Motion for Preliminary Approval of Class Action

1. Settlement will be heard on shortened notice, so as to effectuate an August 4, 2008 hearing date as requested in this Stipulation;

2. The parties further agree that Plaintiff's Motion for Preliminary Approval will be scheduled for hearing on August 4, 2008 at 2:00 p.m. in this Court and that Plaintiff will file his Motion for Preliminary Approval, and all accompanying moving papers, no later than July 14, 2008.

Dated: June 26, 2008

SCOTT COLE & ASSOCIATES, APC

_____
Kevin R. Allen
Attorneys for Representative Plaintiff
and the Plaintiff Class

Dated: June 25, 2008

ROBINS, KAPLAN, MILLER & CIRESI LLP

_____
Thomas Miller
Attorneys for Defendant

## ORDER

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. Plaintiff's Motion for Preliminary Approval is hereby scheduled for hearing on August 4, 2008 at 2:00 p.m.; and,

2. Plaintiff shall file his Motion for Preliminary Approval, and all accompanying moving papers, no later than July 14, 2008.

Dated: __July 3_____, 2008



IT IS SO ORDERED

Judge Marilyn H. Patel

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800