Scott Edward Cole, Esq. (S.B. #160744)
scole@scalaw.com
Matthew R. Bainer, Esq. (S.B. #220972)
mbainer@scalaw.com
Kevin R. Allen, Esq. (S.B. #237994)
kallen@scalaw.com
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Web: www.scalaw.com

Attorneys for Representative Plaintiff
And the Plaintiff Class

Thomas A. Miller (Bar No. 129473)
**LAW OFFICE OF THOMAS A. MILLER, PC**
156 Avenida Victoria
San Clemente, CA  92672
Telephone:     (949) 218-2111
Facsimile:      (949) 218-1191
Thom@ThomMillerLaw.com

Attorney for Defendant Best Buy Co., Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EIJI KURIHARA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY CO., INC,<br><br>Defendant. | Case No. C 06-01884 MHP (EMC)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE COURT'S ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Settlement Approval Date:   May 11, 2010<br><br>Place:   Courtroom C, 15th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, CA 94102<br><br>[Civil Local Rule 7-12]<br><br>*Assigned to the Honorable Marilyn H. Patel* |

-1-
STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Defendant Best Buy Co., Inc., for itself and for Best Buy Stores, L.P. (together "Best Buy"), and Plaintiff and Class Representative Eiji Kurihara ("Kurihara"), each by and through its/his counsel of record, stipulate as follows and request that the Court modify its Final Approval of the Class Action Settlement reached between Best Buy and Kurihara to enable the Settlement Administrator to stop payment on uncashed settlement checks, close the settlement fund and forward the remaining settlement shares to the State of California as unclaimed property.

**IT IS HEREBY STIPULATED AND AGREED:**

1. On April 1, 2010, the Court issued its ORDER ADOPTING REPORT AND RECOMMENDATION AND FINAL APPROVAL OF SETTLEMENT (Document 119), adopting (with minor exceptions affecting attorney fees not relevant to this stipulation) Magistrate Judge Chen's finding that the July 2008 KURIHARA / BEST BUY WAGE AND HOUR SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS (October 27, 2008, Document No. 61-2) was fair, adequate and reasonable. On May 11, 2010, the Court entered JUDGMENT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Document No. 126).

2. The approved Settlement Agreement at Paragraph XVII retains the Court's jurisdiction "for the purpose of addressing any issues which may arise with respect to settlement administration...." The parties request the Court to exercise this authority as provided below.

3. The Settlement Agreement at Paragraph IX.D.3.e.i. regarding settlement payments provides that undeliverable settlement checks will be sent to the California State Controller's Office as unclaimed property. However, the Settlement Agreement does not make the same provision for settlement checks that were issued but which remain uncashed more than 180 days after issue. The paragraph states that the issued settlement checks "shall not have an expiration date." This provision impedes the Claims Administrator's close out of the settlement administration account and may result in Class members loss if a bank declines to accept the stale check.

4. The letter sent by the Claims Administrator to the Class members with their settlement check indicated that the bank account on which the checks were drawn may be shut down on or about December 27, 2010 (180 days after settlement checks were issued). The letter advised

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1  Class members that "If you try to cash or deposit this check after this date, the account may be
2  closed and your settlement award may be sent to the appropriate State Office for unclaimed funds."

3       5.     The Claims Administrator issued the settlement checks to Class members in
4  accordance with the Settlement Agreement. The Claims Administrator informs counsel for Best Buy
5  and Kurihara that as of November 26, 1,703 of the settlement checks issued remain uncashed.

6       6.     The parties have conferred and agree that the Court's ORDER OF FINAL
7  APPROVAL OF CLASS ACTION SETTLEMENT should be modified to conform to the notice
8  sent to the Class members with their settlement check. The parties further agree that the Class
9  members will not be injured thereby. This will permit the settlement administrator to stop payment
10 on those settlement checks issued but not cashed, forward the value of those checks as unclaimed
11 property to the California State Controller's Office, close the settlement bank account, and complete
12 tax filings within the 2010 tax year.

13      7.     For the reasons set forth, Best Buy and Kurihara request that the Court Amend its
14 ORDER ADOPTING REPORT AND RECOMMENDATION AND FINAL APPROVAL OF
15 SETTLEMENT in the following respects:

16      a.     The Claims Administrator may stop payment on or after December 27, 2010
17 on all uncashed settlement checks issued to Class members;

18      b.     The Claims Administrator shall forward to the California State Controller's
19 Office the value of the uncashed settlement checks as unclaimed property of the payees with
20 appropriate documentation; and

21      c.     The Claims Administrator may close the bank account for this settlement,
22 make the appropriate tax reports and filings, and wind up the administration of this settlement.

23 **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 15, 2010 | **SCOTT COLE & ASSOCIATES, APC** |
| | By:  /s/ Kevin R. Allen<br>Kevin R. Allen<br>Attorneys for the Representative Plaintiff<br>and the Plaintiff Class |
| Dated: December 15, 2010 | **LAW OFFICE OF THOMAS A. MILLER, PC** |
| | By:  /s/ Thomas A. Miller<br>Thomas A. Miller<br>Attorneys for Defendant Best Buy Co., Inc. |

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**[PROPOSED] ORDER ON STIPULATION**

Based upon the stipulation of the parties, and in the interests of justice, the Court approves the request of Plaintiff and Class Representative Eiji Kurihara and Defendant Best Buy to modify the Court's ORDER ADOPTING REPORT AND RECOMMENDATION AND FINAL APPROVAL OF SETTLEMENT in the following respects:

    a.    The Claims Administrator may stop payment on or after December 27, 2010 on all uncashed settlement checks issued to Class members;

    b.    The Claims Administrator shall forward to the California State Controller's Office the value of the uncashed settlement checks as unclaimed property of the payees with appropriate documentation; and

    c.    The Claims Administrator may close the bank account for this settlement, make the appropriate tax reports and filings, and wind up the administration of this settlement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _January 5, 2011_____

The Honorable M
United States

*IT IS SO ORDERED*

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800